**1:22-CR-00058**
**JUDGE BUCKLO**
**MAGISTRATE JUDGE FINNEGAN**

Order Form (01/2005)   20 GJ 50

**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | GABRIEL A. FUENTES |
|---|---|---|---|
| **CASE NUMBER** | 22 CR 58 | **DATE** | APRIL 12, 2022 |
| **CASE TITLE** | U.S. v. DONALD HENKEL, ET AL. | | |

DOCKET ENTRY TEXT        **UNDER SEAL**

**Grand Jury Proceeding**

The Grand Jury for ___SPECIAL MAY 2021___ the Session, a quorum being present, returns the above-entitled indictment in ~~open~~ Court this date before

Judge or Magistrate Judge _____

---

WARRANT PREVIOUSLY ISSUED ON FEBRUARY 1, 2022 IN 22 CR 58 TO STAND AS TO DONALD HENKEL. BOND TO BE DETERMINED AT ARRAIGNMENT.

TO ISSUE BENCH WARRANTS AS TO MARK HENKEL AND RAYMOND PAPARELLA. BOND TO BE DETERMINED AT ARRAIGNMENT AS TO BOTH DEFENDANTS.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT ONE (1) COPY OF THE ARREST WARRANTS BE PROVIDED TO ASSISTANT U.S. ATTORNEY ASHLEY CHUNG (ASHLEY.CHUNG@USDOJ.GOV) AND TO INVESTIGATING LAW ENFORCEMENT AGENTS, SPECIAL AGENTS DAVE WHITE (DGWHITE@FBI.GOV) AND BRIAN BRUSOKAS (BCBRUSOKAS@FBI.GOV), IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANT.

THIS FILING IS TO REMAIN SEALED UNTIL ALL DEFENDANTS ARE ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                              UNDER SEAL)

Courtroom Deputy Initials: JJ



FILED LK
4/12/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Page 1 of 1