# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA
                                                 Plaintiff,

v.                                                                   Case No.: 1:22–cr–00058 *SEALED*
                                                                  Honorable Elaine E. Bucklo

Donald Henkel, et al.
                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 19, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: Arraignment as to Donald Henkel, Mark Henkel, and Raymond Paparella is set on 4/21/2022 at 11:00 a.m. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.