IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Raymond Paparella <br><br> Defendant(s). | Case No. 22CR58-3 <br> Judge Sheila Finnegan |

## ORDER

Initial appearance and arraignment held on 4/21/2022. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. Retained counsel Christopher Parente appears for defendant. Defendant is advised of his rights, the charges, and the maximum penalties if convicted. Defendant enters plea of not guilty to all counts in the Superseding Indictment. Government and defendant, as well as Pretrial Services Officer, agree on certain proposed conditions of release. Without objection, the hearing is continued to 4/22/2022 at 1:00 p.m. to review the release conditions. The toll-free number for the next hearing is 877-336-1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Rule 16.l conference to be held by 4/28/2022. Status hearing is set on 5/13/2022 at 10:00 a.m. before Judge Bucklo. Without objection, time is excluded in the interest of justice from 4/21/2022 to and including 5/13/2022 pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) and for reasons stated in open court. Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. The Government's oral motion to unseal the case is granted.

(00.12) (X-T)

Date: 4/21/2022

_____
Sheila Finnegan
United States Magistrate Judge