UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 22 CR 58 |
|---|---|
| v. | Judge Elaine E. Bucklo |
| DONALD HENKEL, et al. | |

**MOTION FOR ENTRY OF UNOPPOSED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1. The superseding indictment in this case charges defendants with mail fraud, in violation of Title 18, United States Code, Section 1341 (Count 1, as to Donald Henkel only; and Count 5, as to Donald Henkel and Mark Henkel); wire fraud, in violation of Title 18, United States Code, Section 1343 (Counts 2-3, as to Donald Henkel only; Count 4, as to Donald Henkel and Mark Henkel; and Counts 6-7, as to Donald Henkel and Raymond Paparella); and witness tampering, in violation of Title 18, United States Code, Section 1512(b)(3) (Count 8, as to Mark Henkel only).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. The government has discussed the proposed protective order with counsel for defendants, who do not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   /s/ *Ashley A. Chung*
       ASHLEY A. CHUNG
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 697-4089

Dated: May 6, 2022