UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>DONALD HENKEL<br>   a/k/a "D.B. Henkel,"<br>   a/k/a "Donavan Kelly,"<br>   a/k/a "Bruce Kelly,"<br>MARK HENKEL, and<br>RAYMOND PAPARELLA | Case No. 22 CR 58<br><br>Judge Elaine E. Bucklo |

**JOINT STATUS REPORT AND**
**GOVERNMENT'S UNOPPOSED MOTION TO EXCLUDE TIME**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendants Donald Henkel, Mark Henkel, and Raymond Paparella, hereby respectfully submit the following joint status report as directed by the Court (Dkt. 38):

    **A.**    **Discovery**

    1.    The government expects to produce the balance of discovery in the next week. The defense is reviewing discovery on a rolling basis as it is made available.

    **B.**    **Pretrial Motions**

    2.    The defense will determine whether to file pretrial motions upon further review of discovery.

    **C.**    **Plea Negotiations**

    3.    The parties are not currently engaged in plea negotiations.

**D. Agreed Proposed Schedule**

4. The parties propose scheduling a further joint status report in approximately 60 days.

**E. Speedy Trial Act**

5. The government moves for, and defendants have no objection to, the exclusion of time for the next 60 days, or until the date of the next status report or status hearing, under the Speedy Trial Act in the interest of justice, to allow for continued production and review of discovery and effective preparation of counsel, pursuant to Title 18, United States Code, Section 3161(h)(7).

Dated: July 5, 2022                  Respectfully submitted,

                                      JOHN R. LAUSCH, JR.
                                      United States Attorney

By:   */s/ Ashley A. Chung*
       ASHLEY A. CHUNG
       Assistant United States Attorney
       United States Attorney's Office
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5300