UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　v.<br><br>DONALD HENKEL<br>　a/k/a "D.B. Henkel,"<br>　a/k/a "Donavan Kelly,"<br>　a/k/a "Bruce Kelly,"<br>MARK HENKEL, and<br>RAYMOND PAPARELLA | Case No. 22 CR 58<br><br>Judge Elaine E. Bucklo |

**JOINT STATUS REPORT AND**
**GOVERNMENT'S UNOPPOSED MOTION TO EXCLUDE TIME**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendants Donald Henkel, and Raymond Paparella, hereby respectfully submit the following joint status report as directed by the Court (Dkt. 38):[1]

**A.　Discovery**

1.　The government has produced discovery on a rolling basis and expects to produce remaining discovery this month. The defense continues to review discovery on a rolling basis as it is made available.

**B.　Pretrial Motions**

2.　The defense will determine whether to file pretrial motions upon further review of discovery.

---

[1] On today's date, government counsel learned that due to a technical issue, this joint status report had not been filed successfully on September 2, 2022. Counsel for the government refiled the attached upon learning of the error, with apologies to the Court for any inconvenience.

### C. Plea Negotiations

3. The parties are not currently engaged in plea negotiations.

### D. Agreed Proposed Schedule

4. The government and defendants Donald Henkel and Raymond Paparella propose scheduling a further joint status report in approximately 60 days. Government counsel attempted to confer with counsel for defendant Mark Henkel but had not heard from defense counsel as of his filing.

### E. Speedy Trial Act

5. The government moves for the exclusion of time for the next 60 days, or until the date of the next status report or status hearing, under the Speedy Trial Act in the interest of justice, to allow for continued production and review of discovery and effective preparation of counsel, pursuant to Title 18, United States Code, Section 3161(h)(7). Defendants Donald Henkel and Raymond Paparella have no objection to the exclusion of time. As noted above, government counsel attempted to confer with counsel for defendant Mark Henkel but had not heard from defense counsel as of his filing.

Dated: September 5, 2022

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ Ashley A. Chung
ASHLEY A. CHUNG
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300