UNITED STATES OF AMERICA
                                Plaintiff,

v.                                                    Case No.: 1:22–cr–00058
                                                      Honorable Elaine E. Bucklo

Donald Henkel, et al.
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 12, 2022:

MINUTE entry before the Honorable Elaine E. Bucklo, as to Donald Henkel (1), Mark Henkel (2), Raymond Paparella (3): Joint status report and government's unopposed motion to exclude time is granted. Status hearing is reset for 11/14/2022 at 10:00 a.m. (to track the case only, no appearance is required). The government shall confer with defense counsel and file a status report by 11/7/2022 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, and state whether there is any objection to exclusion of time. The court will enter a scheduling order in response to the status report. The Court finds the interest of justice would best be served by excluding time from 9/12/2022 to 11/14/2022 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.