UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DONALD HENKEL<br>   a/k/a "D.B. Henkel,"<br>   a/k/a "Donavan Kelly,"<br>   a/k/a "Bruce Kelly,"<br>MARK HENKEL, and<br>RAYMOND PAPARELLA | Case No. 22 CR 58<br><br>Judge Elaine E. Bucklo |

### UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR DEFENDANT MARK HENKEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Mark Henkel respectfully requests that this Court grant permission for Christopher E. Tracy to substitute in as attorney of record for Mark Henkel in this matter. In support of this Motion, Mark Henkel states:

1. On April 4, 2022, this Court appointed Imani Chiphe of the Federal Defender Program as counsel for Mark Henkel. (See Order, ECF #20, 106; Appearance by Imani Chiphe, ECF #24, 116.)

2. Subsequently, Mark Henkel retained attorney Christopher E. Tracy of Warner Norcross + Judd LLP, a law firm in Michigan.

3. Attorney Tracy is a member of this Court's General Bar and Trial Bar, and his proposed appearance, pursuant to Local Rule 83.16 and Local Criminal 57.1, is attached as **Exhibit A**.

4.  Given that Attorney Tracy does not have a local office located within this District, pursuant to Local Rule 83.15, he has designated attorney Anthony J. Masciopinto, of Kulwin, Masciopinto & Kulwin LLP as local counsel.

5.  Attorney Masciopinto is a member of the bar of this Court having an office within this District upon whom service of paper may be made, and his proposed appearance is attached as **Exhibit B**.

WHEREFORE, Mark Henkel respectfully requests that this Court grant this Motion.

Dated: November 28, 2022

Respectfully submitted,

By: /s/ Christopher E. Tracy

Christopher E. Tracy (MI – P46738)
Warner Norcross + Judd LLP
180 E. Water Street
Suite 7000
Kalamazoo, Michigan 49007-3876
ctracy@wnj.com
(269) 276-8148

Anthony J. Masciopinto (6208097)
Kulwin, Masciopinto & Kulwin, LLP
161 N. Clark Street, Suite #2500
Chicago, Illinois 60601
amasciopinto@kmklawllp.com
(312) 374-5308

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DONALD HENKEL<br>  a/k/a "D.B. Henkel,"<br>  a/k/a "Donavan Kelly,"<br>  a/k/a "Bruce Kelly,"<br>MARK HENKEL, and<br>RAYMOND PAPARELLA | Case No. 22 CR 58<br><br>Judge Elaine E. Bucklo |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR DEFENDANT MARK HENKEL

Defendant Mark Henkel, having moved the Court to substitute attorney Christopher E. Tracy as counsel for Defendant, and having moved the Court to allow Anthony J. Masciopinto to serve as local counsel,

Defendant's Motion for Leave to Substitute Counsel is GRANTED.

Dated: November 28, 2022

                                                                                 Hon. Elaine E. Bucklo
                                                                                 U.S. District Court Judge

# EXHIBIT A

# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: United States of America v. Mark Henkel

Case Number: 22 CR 58

An appearance is hereby filed by the undersigned as attorney for:

Mark Henkel

Attorney name (type or print): Christopher E. Tracy

Firm: Warner Norcross + Judd LLP

Street address: 180 E. Water Street, Suite 7000

City/State/Zip: Kalamazoo, Michigan 49007-3876

Bar ID Number: MI P-46738
(See item 3 in instructions)

Telephone Number: (269) 276-8148

Email Address: ctracy@wnj.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ✔ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.

✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/ 28 /2022

Attorney signature: S/ Christopher E. Tracy
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

DEFENDANT'S EXHIBIT A

# EXHIBIT B

# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: United States of America
v.
Mark Henkel

Case Number: 22 CR 58

An appearance is hereby filed by the undersigned as attorney for:

Mark Henkel

Attorney name (type or print): Anthony J. Masciopinto

Firm: Kulwin, Masciopinto & Kulwin, LLP

Street address: 161 N. Clark Street, Suite #2500

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6208097
(See item 3 in instructions)

Telephone Number: (312) 374-5308

Email Address: amasciopinto@kmklawllp.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
✔ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/ 28 /2022

Attorney signature: S/ Anthony J. Masciopinto
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

DEFENDANT'S EXHIBIT B