# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: United States of America v. Mark Henkel

Case Number: 22 CR 58

An appearance is hereby filed by the undersigned as attorney for:

Mark Henkel

Attorney name (type or print): Christopher E. Tracy

Firm: Warner Norcross + Judd LLP

Street address: 180 E. Water Street, Suite 7000

City/State/Zip: Kalamazoo, Michigan 49007-3876

Bar ID Number: MI P-46738
(See item 3 in instructions)

Telephone Number: (269) 276-8148

Email Address: ctracy@wnj.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/ 28 /2022

Attorney signature: S/ Christopher E. Tracy
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

DEFENDANT'S EXHIBIT A

# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: United States of America
v.
Mark Henkel

Case Number: 22 CR 58

An appearance is hereby filed by the undersigned as attorney for:

Mark Henkel

Attorney name (type or print): Anthony J. Masciopinto

Firm: Kulwin, Masciopinto & Kulwin, LLP

Street address: 161 N. Clark Street, Suite #2500

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6208097
(See item 3 in instructions)

Telephone Number: (312) 374-5308

Email Address: amasciopinto@kmklawllp.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
✔ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/ 28 /2022

Attorney signature: S/ Anthony J. Masciopinto
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

DEFENDANT'S EXHIBIT B