UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DONALD HENKEL<br>  a/k/a "D.B. Henkel,"<br>  a/k/a "Donavan Kelly,"<br>  a/k/a "Bruce Kelly,"<br>MARK HENKEL, and<br>RAYMOND PAPARELLA | Case No. 22 CR 58<br><br>Judge Elaine E. Bucklo |

**JOINT STATUS REPORT AND**
**GOVERNMENT'S UNOPPOSED MOTION TO EXCLUDE TIME**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendants Donald Henkel, Mark Henkel, and Raymond Paparella, hereby respectfully submit the following joint status report as directed by the Court (Dkt. 46):

**A.  Discovery**

1.  The government has finished producing discovery on a rolling basis, as of yesterday, January 5, 2023. The defense is reviewing the most recently produced discovery, and the government will be conferring with counsel for Donald Henkel regarding outstanding questions they raised regarding discovery.

**B.  Pretrial Motions**

2.  The defense will determine whether to file pretrial motions upon completing review of discovery.

### C. Plea Negotiations

3. The government and counsel for Mark Henkel have initiated plea negotiations. Plea negotiations are not ongoing with either of the other defendants.

### D. Agreed Proposed Schedule

4. The parties propose scheduling a further joint status report in approximately 60 days.

### E. Speedy Trial Act

5. The government moves for, and defendants have no objection to, the exclusion of time for the next 60 days, or until the date of the next status report or status hearing, under the Speedy Trial Act in the interest of justice, to allow for continued production and review of discovery and effective preparation of counsel, pursuant to Title 18, United States Code, Section 3161(h)(7).

Dated: January 5, 2023

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   */s/ Ashley A. Chung*
ASHLEY A. CHUNG
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300