## DECLARATION CERTIFYING RECORDS OF
## REGULARLY CONDUCTED ACTIVITY

I, _Gerald Naples_ , am employed by
_(name)_

_Chemical Bank_ .
_(name of entity)_

My official title is _Fraud Specialist_ . As part of my duties as a
_(title)_

_Fraud Specialist_ , I am familiar with the records that _Chemical Bank_
_(title)_ _(name of entity)_

keeps in the ordinary course of business.    I am familiar with the types of documents received,

created and relied upon by _Chemical Bank_ in the ordinary course of its
_(name of entity)_

business.

I certify that I have reviewed the records attached hereto and that these records are the

original or duplicates of the original records kept in the custody of _Chemical Bank_ :
_(name of entity)_

List documents - _Signature Cards, Statements,_
_Debits, Credits, Wires_

I further certify that:

A)    such records were made, at or near the time of the occurrence of the matters set forth,
by (or from information transmitted by) a person with knowledge of those matters;

B)    such records were kept in the course of a regularly conducted business activity;

C)    the business activity made such records as a regular practice;

D)    if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature

Executed on this _31_ day of _January_ , _2020_ .
_(day)_ _(month)_ _(year)_

at _Midland_ , _MI_ .
_(city)_ _(state)_